UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-20918-CIV-SEITZ/WHITE

WILLIE JAMES BISHOP.

     Petitioner,

v.

WALTER A. MCNEIL,

     Respondent.

_____/

### ORDER AFFIRMING MAGISTRATE REPORT AND CLOSING CASE

THIS MATTER is before the Court upon the Report of Magistrate Judge issued by the Honorable Patrick A. White, United States Magistrate Judge [DE-28]. In the Report, Magistrate Judge White recommends that Petitioner, Willie James Bishop's petition for writ of habeas corpus be dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) for want of jurisdiction, as moot, and, alternatively, be denied on the merits. Petitioner has not filed objections to the Report.[1] Having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report and the record, it is hereby

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-28] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

---

[1]The Court notes that the Report and Recommendation was served on Petitioner at Dade Correctional Institution, the record address of Petitioner. However, according to the Florida Department of Corrections, Corrections Offender Network, Inmate Release Information Detail, Petitioner was released from prison on May 11, 2010, prior to entry of the Report and Recommendation. Petitioner has an obligation to maintain a current address in the Court record, which he has apparently failed to do. The Court will also serve this Order on Petitioner, along with a copy of the Report and Recommendation, at his record address. Because Petitioner has failed to maintain a correct record address with the Court, the Court will not consider any late filed Objections.

(2) Petitioner's Petition for Writ of Habeas Corpus [DE-1] is DISMISSED as moot;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this _5_ day of August, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record/*Pro se party*

2